UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOLT,<br><br>            Petitioner,<br>    vs.<br><br>RICK HILL,<br><br>            Respondent.<br>_____ | ) Case No. CV 11-3551 SJO (MRW)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>) |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: _August 26, 2011__          _S. James Otero_____
                                             HON. S. JAMES OTERO
                                             UNITED STATES DISTRICT JUDGE