UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HOLT, | ) Case No. CV 11-3551 SJO (MRW) |
|---|---|
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| RICK HILL, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _August 26, 2011_  _____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE